PENNSYLVANIA DEPARTMENT OF
# LABOR & INDUSTRY

## BENEFIT PAYMENT HISTORY

* Claimant Name:           JOHN M HYND
* Social Security Number:  XXX-XX-5269
* AB Date:                 04/09/2017
* Program Type:            UC

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 02/17/2018 | 01638104 | Paid | $555.00 | Debit Card | 02/20/2018 |
| 02/17/2018 |  | Benefit Reduction | $14.00 |  |  |
| 02/10/2018 | 01638104 | Paid | $555.00 | Debit Card | 02/20/2018 |
| 02/10/2018 |  | Benefit Reduction | $14.00 |  |  |
| 02/03/2018 | 01429221 | Paid | $555.00 | Debit Card | 02/07/2018 |
| 02/03/2018 |  | Benefit Reduction | $14.00 |  |  |
| 01/27/2018 | 01429221 | Paid | $378.00 | Debit Card | 02/07/2018 |
| 01/27/2018 |  | Benefit Reduction | $10.00 |  |  |
| 01/13/2018 | 00991641 | Paid | $498.00 | Debit Card | 01/16/2018 |
| 01/13/2018 |  | Benefit Reduction | $14.00 |  |  |
| 01/13/2018 | 09999991 | Federal Withholding | $57.00 |  |  |
| 01/06/2018 | 00991641 | Paid | $498.00 | Debit Card | 01/16/2018 |
| 01/06/2018 |  | Benefit Reduction | $14.00 |  |  |
| 01/06/2018 | 09999991 | Federal Withholding | $57.00 |  |  |
| 12/30/2017 | 00733295 | Paid | $502.00 | Debit Card | 01/02/2018 |
| 12/30/2017 |  | Benefit Reduction | $10.00 |  |  |
| 12/30/2017 | 09999991 | Federal Withholding | $57.00 |  |  |
| 12/23/2017 | 00733295 | Paid | $502.00 | Debit Card | 01/02/2018 |
| 12/23/2017 |  | Benefit Reduction | $10.00 |  |  |
| 12/23/2017 | 09999991 | Federal Withholding | $57.00 |  |  |
| 12/16/2017 | 00551471 | Paid | $502.00 | Debit Card | 12/19/2017 |
| 12/16/2017 |  | Benefit Reduction | $10.00 |  |  |
| 12/16/2017 | 09999991 | Federal Withholding | $57.00 |  |  |
| 12/09/2017 | 00521663 | Paid | $314.00 | Debit Card | 12/19/2017 |

| Date | Number | Type | Amount | Method | Date |
|---|---|---|---|---|---|
| 12/09/2017 | | Benefit Reduction | $7.00 | | |
| 12/09/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 12/02/2017 | | Benefit Reduction | $1.00 | | |
| 12/02/2017 | 09999991 | Federal Withholding | $47.00 | | |
| 11/25/2017 | 00319723 | Paid | $502.00 | Debit Card | 12/05/2017 |
| 11/25/2017 | | Benefit Reduction | $10.00 | | |
| 11/25/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 11/18/2017 | 00134374 | Paid | $502.00 | Debit Card | 11/21/2017 |
| 11/18/2017 | | Benefit Reduction | $10.00 | | |
| 11/18/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 11/11/2017 | 00134374 | Paid | $502.00 | Debit Card | 11/21/2017 |
| 11/11/2017 | | Benefit Reduction | $10.00 | | |
| 11/11/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 11/04/2017 | 08237068 | Paid | $502.00 | Debit Card | 11/07/2017 |
| 11/04/2017 | | Benefit Reduction | $10.00 | | |
| 11/04/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 10/28/2017 | 08237068 | Paid | $502.00 | Debit Card | 11/07/2017 |
| 10/28/2017 | | Benefit Reduction | $10.00 | | |
| 10/28/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 06/03/2017 | 06206343 | Paid | $502.00 | Debit Card | 06/10/2017 |
| 06/03/2017 | | Benefit Reduction | $10.00 | | |
| 06/03/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 05/27/2017 | 06206343 | Paid | $299.00 | Debit Card | 06/10/2017 |
| 05/27/2017 | | Benefit Reduction | $7.00 | | |
| 05/27/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 05/13/2017 | 05979548 | Paid | $29.00 | Debit Card | 05/23/2017 |
| 05/13/2017 | | Benefit Reduction | $2.00 | | |
| 05/13/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 05/06/2017 | 05804290 | Paid | $502.00 | Debit Card | 05/09/2017 |
| 05/06/2017 | | Benefit Reduction | $10.00 | | |
| 05/06/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 04/29/2017 | 05804290 | Paid | $502.00 | Debit Card | 05/09/2017 |
| 04/29/2017 | | Benefit Reduction | $10.00 | | |
| 04/29/2017 | 09999991 | Federal Withholding | $57.00 | | |
| 04/22/2017 | 05620383 | Paid | $502.00 | Debit Card | 04/25/2017 |
| 04/22/2017 | | Benefit Reduction | $10.00 | | |

| 04/22/2017 | 09999991 | Federal Withholding | $57.00 | | |

SCRANTON UC SERVICE CENTER
30 STAUFFER INDUSTRIAL PARK

TAYLOR          PA18517-9625


pennsylvania
DEPARTMENT OF LABOR & INDUSTRY

# CLAIM CONFIRMATION LETTER

**DATE:** 04/21/17

JOHN M HYND
25 INLAND RD
LEVITTOWN PA   19057-2613

You recently applied for unemployment compensation. This letter confirms that your application has been processed.

You will soon receive your Claimant Handbook and your Notice of Financial Determination. These documents provide important information about your benefits, rights and responsibilities. It is important that you review both of these documents and keep them for future reference.

Your personal identification number (PIN) is listed below. Your PIN, in addition to your Social Security Number, will be needed to access UC Services such as filing your biweekly claim.

---

** NOTE **

In order to receive UC benefits, you must file your biweekly claim for benefits every two weeks. You will file your biweekly claim through the Internet at www.uc.pa.gov or PA Teleclaims, or PAT, at 888-255-4728. These services are available Sunday through Friday, 6 a.m TO 8:50 p.m.

---

**IMPORTANT!-**
Pennsylvania UC Law was recently changed to add additional eligibility requirements for UC benefits. If the effective date of your application for benefits (AB Date) is on or after Jan. 1, 2012, you are required to register for employment-search services offered by the Pennsylvania CareerLink® system at www.jobgateway.pa.gov within 30 days after you file your application for benefits, conduct an active search beginning with the third consecutive week of your benefit year, keep a record of your work search activities and provide the record to the department when requested to do so. Please go to www.uc.pa.gov or see your Claimant Handbook for more detailed information. To assist you in your reemployment efforts, we have provided the Pennsylvania CareerLink® with general information about you. See the reverse side of this letter for more information about Pennsylvania CareerLink®.

If you have any questions regarding unemployment compensation, please call the UC Service Center toll free at (888) 313-7284. Videophone Service: Wednesday from noon to 4 p.m. at 717-704-8474.

---

**Your UC PIN is:**     5751
Do not give your PIN to anyone. It is recommended you keep this in a safe place.

Your PIN and Social Security Number are your "Electronic Signature" and identify you when using UC Services.

---

Auxiliary aids and services are available upon request to individuals with disabilities.
Equal Opportunity Employer/Program

UC-360 REV 1-15          (PAGE 1)