01281
**Company Code** | **Loc/Dept** | **Number** | **Page**
RX / DMP 21109717 | 01/ | 1113 | 1 of 1
Mason Dixon Contractors LLC
6 Brooks Ave
Willow Street, PA 17584

# Earnings Statement

Period Starting: 01/08/2018
Period Ending: 01/14/2018
Pay Date: 01/19/2018

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  1                    Federal:
  State:    0                    State:
  Local:    0                    Local:
Social Security Number:   XXX-XX-XXXX

**John M Hynd**
**25 Inland Rd**
**Levittown, PA 19054**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 44.6200 | 13.00 | 580.06 | 580.06 |
| **Gross Pay** | | | **$580.06** | $580.06 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 13.00 | 13.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.73 | 59.73 |
| Social Security | -35.96 | 35.96 |
| Medicare | -8.41 | 8.41 |
| Pennsylvania State Income | -17.81 | 17.81 |
| Pennsylvania State UI | -0.35 | 0.35 |
| Pequea T Local Income | -2.90 | 2.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Union Percentage of Gross | -22.62 | 22.62 |

**Net Pay**      **$432.28**

Your federal taxable wages this period are $580.06

© 1998, 2006. ADP, LLC  All Rights Reserved.

```
01171
Company Code      Loc/Dept    Number   Page
RX / DMP 21109717  01/         1116    1 of 1
Mason Dixon Contractors LLC
6 Brooks Ave
Willow Street, PA 17584
```

# Earnings Statement

**ADP**

Period Starting:  01/15/2018
Period Ending:    01/21/2018
Pay Date:         01/26/2018

Taxable Marital Status:  Single
Exemptions/Allowances:    Tax Override:
  Federal:  1             Federal:
  State:    0             State:
  Local:    0             Local:
Social Security Number:   XXX-XX-XXXX

**John M Hynd**
**25 Inland Rd**
**Levittown, PA 19054**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 44.6200 | 23.00 | 1026.26 | 1606.32 |
| **Gross Pay** | | | **$1,026.26** | $1,606.32 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 23.00 | 36.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.48 | 174.21 |
| Social Security | -63.63 | 99.59 |
| Medicare | -14.88 | 23.29 |
| Pennsylvania State Income | -31.51 | 49.32 |
| Pennsylvania State UI | -0.61 | 0.96 |
| Pequea T Local Income | -5.13 | 8.03 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Union Percentage of Gross | -40.02 | 62.64 |

| **Net Pay** | **$756.00** | |
|---|---|---|

Your federal taxable wages this period are $1,026.26