# Earnings Statement

**CASE PAPER CO., INC**
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 12/17/2017
Period Ending: 12/23/2017
Pay Date: 12/27/2017

00000000152
DIANNE HUDSON
25 INLAND ROAD
LEVITTOWN PA 19057

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,$10 Additional Tax
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 30.50 | 439.81 | 22,303.30 |
| Overtime | | | | 112.48 |
| Bonus | | | | 200.00 |
| Sick | | | | 527.87 |
| **Gross Pay** | | | **$439.81** | 23,143.65 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 439.81 | 13,586.75 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.37 | 3,132.49 |
| | Social Security Tax | -27.27 | 1,434.91 |
| | Medicare Tax | -6.37 | 335.58 |
| | PA State Income Tax | -13.50 | 710.53 |
| | Philadelphia Income Tax | -15.24 | 802.90 |
| | PA SUI/SDI Tax | -0.31 | 16.20 |
| **Net Pay** | | **$316.75** | |
| | Checking 1 | -316.75 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $439.81

---

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000520152
Pay date: 12/27/2017

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $316.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 12/24/2017
Period Ending: 12/30/2017
Pay Date: 01/03/2018

00000000127
DIANNE HUDSON
25 INLAND ROAD
LEVITTOWN PA 19057

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0,$10 Additional Tax
 PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 30.70 | 442.69 | 442.69 |
| Gross Pay | | | $442.69 | 442.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.80 | 60.80 |
| | Social Security Tax | -27.45 | 27.45 |
| | Medicare Tax | -6.42 | 6.42 |
| | PA State Income Tax | -13.59 | 13.59 |
| | Philadelphia Income Tax | -15.34 | 15.34 |
| | PA SUI/SDI Tax | -0.27 | 0.27 |

| Net Pay | | $318.82 | |
|---|---|---|---|
| | Checking 1 | -318.82 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 442.69 | 442.69 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

Your federal taxable wages this period are $442.69

---

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000010127
Pay date: 01/03/2018

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $318.82 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

**CASE PAPER CO., INC**
*500 MAMARONECK AVE*
*HARRISON, NY 10528-1600*

| | |
|---|---|
| Period Beginning: | 12/31/2017 |
| Period Ending: | 01/06/2018 |
| Pay Date: | 01/10/2018 |

00000000156
**DIANNE HUDSON**
**25 INLAND ROAD**
**LEVITTOWN PA 19057**

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0,$10 Additional Tax
  PA:       N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 26.10 | 376.36 | 819.05 |
| **Gross Pay** | | | **$376.36** | 819.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.85 | 111.65 |
| | Social Security Tax | -23.33 | 50.78 |
| | Medicare Tax | -5.46 | 11.88 |
| | PA State Income Tax | -11.55 | 25.14 |
| | Philadelphia Income Tax | -13.04 | 28.38 |
| | PA SUI/SDI Tax | -0.22 | 0.49 |
| **Net Pay** | | | **$271.91** |
| | Checking 1 | -271.91 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 376.36 | 819.05 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

Your federal taxable wages this period are $376.36

---

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000020156
Pay date: 01/10/2018

**THIS IS NOT A CHECK**

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $271.91 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 01/07/2018
Period Ending: 01/13/2018
Pay Date: 01/17/2018

00000000135
DIANNE HUDSON
25 INLAND ROAD
LEVITTOWN PA 19057

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,$10 Additional Tax
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 26.50 | 382.13 | 1,201.18 |
| Gross Pay | | | $382.13 | 1,201.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -51.72 | 163.37 |
| | Social Security Tax | -23.69 | 74.47 |
| | Medicare Tax | -5.54 | 17.42 |
| | PA State Income Tax | -11.73 | 36.87 |
| | Philadelphia Income Tax | -13.24 | 41.62 |
| | PA SUI/SDI Tax | -0.23 | 0.72 |
| Net Pay | | $275.98 | |
| | Checking 1 | -275.98 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 382.13 | 1,201.18 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

Your federal taxable wages this period are $382.13

© 1998, 2006 ADP, LLC All Rights Reserved

▼ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000030135
Pay date: 01/17/2018

**THIS IS NOT A CHECK**

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $275.98 |

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO. | 020 |
|---|---|---|---|---|---|

# Earnings Statement 

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 01/14/2018
Period Ending: 01/20/2018
Pay Date: 01/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0,$10 Additional Tax
 PA: N/A

00000000137
**DIANNE HUDSON**
**25 INLAND ROAD**
**LEVITTOWN PA 19057**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 20.90 | 301.38 | 1,502.56 |
| **Gross Pay** | | | **$301.38** | 1,502.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.97 | 197.34 |
| | Social Security Tax | -18.69 | 93.16 |
| | Medicare Tax | -4.37 | 21.79 |
| | PA State Income Tax | -9.25 | 46.12 |
| | Philadelphia Income Tax | -10.44 | 52.06 |
| | PA SUI/SDI Tax | -0.18 | 0.90 |
| **Net Pay** | | **$224.48** | |
| | Checking 1 | -224.48 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 301.38 | 1,502.56 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

Your federal taxable wages this period are $301.38

---

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000040137
Pay date: 01/24/2018

**THIS IS NOT A CHECK**

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $224.48 |

**NON-NEGOTIABLE**

# Earnings Statement 

CASE PAPER CO., INC  
500 MAMARONECK AVE  
HARRISON, NY 10528-1600

Period Beginning: 01/21/2018  
Period Ending: 01/27/2018  
Pay Date: 01/31/2018

00000000155  
DIANNE HUDSON  
25 INLAND ROAD  
LEVITTOWN PA 19057

Taxable Marital Status: Single  
Exemptions/Allowances:  
   Federal: 0,$10 Additional Tax  
   PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 37.50 | 540.75 | 2,043.31 |
| Overtime | 21.6300 | 2.50 | 54.08 | 54.08 |
| **Gross Pay** | | | **$594.83** | 2,097.39 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 594.83 | 2,097.39 |

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.18 | 266.52 |
| | Social Security Tax | -36.88 | 130.04 |
| | Medicare Tax | -8.62 | 30.41 |
| | PA State Income Tax | -18.26 | 64.38 |
| | Philadelphia Income Tax | -20.61 | 72.67 |
| | PA SUI/SDI Tax | -0.36 | 1.26 |
| **Net Pay** | | **$440.92** | |
| | Checking 1 | -440.92 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $594.83

---

CASE PAPER CO., INC  
500 MAMARONECK AVE  
HARRISON, NY 10528-1600

Advice number: 00000050155  
Pay date: 01/31/2018

Deposited to the account of  
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $440.92 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning:  01/28/2018
Period Ending:     02/03/2018
Pay Date:          02/07/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0,$10 Additional Tax
  PA:       N/A

00000000142
DIANNE HUDSON
25 INLAND ROAD
LEVITTOWN PA 19057

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 37.50 | 540.75 | 2,584.06 |
| Overtime | 21.6300 | 2.10 | 45.42 | 99.50 |
| **Gross Pay** | | | **$586.17** | 2,683.56 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 586.17 | 2,683.56 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -68.14 | 334.66 |
| | Social Security Tax | -36.34 | 166.38 |
| | Medicare Tax | -8.50 | 38.91 |
| | PA State Income Tax | -18.00 | 82.38 |
| | Philadelphia Income Tax | -20.31 | 92.98 |
| | PA SUI/SDI Tax | -0.35 | 1.61 |

| **Net Pay** | | **$434.53** | |
| Checking 1 | | -434.53 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $586.17

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number:  00000060142
Pay date:       02/07/2018

**THIS IS NOT A CHECK**

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $434.53 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|

# Earnings Statement

**ADP**

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 02/04/2018
Period Ending: 02/10/2018
Pay Date: 02/14/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal: 0,$10 Additional Tax
   PA: N/A

00000000161
**DIANNE HUDSON**
**25 INLAND ROAD**
**LEVITTOWN PA 19057**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 37.50 | 540.75 | 3,124.81 |
| Overtime | 21.6300 | 2.20 | 47.59 | 147.09 |
| **Gross Pay** | | | **$588.34** | 3,271.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -68.40 | 403.06 |
| | Social Security Tax | -36.48 | 202.86 |
| | Medicare Tax | -8.53 | 47.44 |
| | PA State Income Tax | -18.06 | 100.44 |
| | Philadelphia Income Tax | -20.39 | 113.37 |
| | PA SUI/SDI Tax | -0.35 | 1.96 |
| **Net Pay** | | **$436.13** | |
| Checking 1 | | -436.13 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 588.34 | 3,271.90 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

Your federal taxable wages this period are $588.34

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000070161
Pay date: 02/14/2018

**THIS IS NOT A CHECK**

Deposited to the account of
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $436.13 |

**NON-NEGOTIABLE**

# Earnings Statement 

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Period Beginning: 02/11/2018
Period Ending: 02/17/2018
Pay Date: 02/21/2018

00000000140
DIANNE HUDSON
25 INLAND ROAD
LEVITTOWN PA 19057

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, $10 Additional Tax
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 30.00 | 432.60 | 3,557.41 |
| Overtime | 21.6300 | 2.20 | 47.59 | 194.68 |
| Sick | 14.4200 | 7.50 | 108.15 | 108.15 |
| **Gross Pay** | | | **$588.34** | 3,860.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 588.34 | 3,860.24 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (914)899-3500

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -68.40 | 471.46 |
| | Social Security Tax | -36.47 | 239.33 |
| | Medicare Tax | -8.53 | 55.97 |
| | PA State Income Tax | -18.06 | 118.50 |
| | Philadelphia Income Tax | -20.39 | 133.76 |
| | PA SUI/SDI Tax | -0.36 | 2.32 |
| **Net Pay** | | **$436.13** | |
| Checking 1 | | -436.13 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $588.34

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASE PAPER CO., INC
500 MAMARONECK AVE
HARRISON, NY 10528-1600

Advice number: 00000080140
Pay date: 02/21/2018

**Deposited to the account of**
DIANNE HUDSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $436.13 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**