JOHN A. TORRENTE, ESQUIRE  
ATTORNEY I.D. #90500  
BEGLEY, CARLIN, MANDIO, LLP  
680 MIDDLETOWN BOULEVARD  
OXFORD VALLEY MALL  
LANGHORNE, PA 19047  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF PENNSYLVANIA  

IN RE:                                                            : CHAPTER  

　　　　　　　　　　　　　Debtor      : CASE NO:  

NOTICE OF ENTRY OF APPEARANCE OF JOHN A TORRENTE, ESQUIRE  
COMBINED WITH THE DEMAND FOR SERVICE OF PAPERS ON  
BEHALF OF BUCKS COUNTY TAX CLAIM BUREAU  

　　　　PLEASE TAKE NOTICE that John A Torrente, attorney for Bucks County Tax Claim Bureau creditor and party in interest in the above captioned bankruptcy case hereby appears in the above captioned bankruptcy case and enters his appearance pursuant to Fed. R. Bankruptcy Proc. 9010(b) and hereby requests pursuant to Fed. R. Bankr. Proc 2002, 9007, 9010, 9013, 9014 and 342 of Title 11 of the United States Code, 11 U.S.C. 101 et seq. ("The Bankruptcy Code"), those copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and Telephone number:

　　　　　　　　　　　　　　　　　　　　　　　　　John A. Torrente, Esquire  
　　　　　　　　　　　　　　　　　　　　　　　　　Begley, Carlin & Mandio, LLP  
　　　　　　　　　　　　　　　　　　　　　　　　　680 Middletown Blvd  
　　　　　　　　　　　　　　　　　　　　　　　　　Langhorne, PA 19047  
　　　　　　　　　　　　　　　　　　　　　　　　　215.750.0110 - tel  
　　　　　　　　　　　　　　　　　　　　　　　　　215.750.0954 – fax  

　Please take further notice that the foregoing demand includes, not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above referenced case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of creditor's rights (l) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to a trial by jury in any proceeding so triable in this case or any case, controversy or Proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject To mandatory discretionary withdrawal, or (4) any rights, claims, actions, set offs, or recoupments to which the creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments creditor expressly reserves.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　　　John A. Torrente, Esquire

**John A. Torrente, Esquire**
Attorney I.D. 90500
Begley Carlin & Mandio, LLP
680 Middletown Blvd.
Oxford Valley Mall
<u>Langhorne, PA 19047</u>

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          : Chapter
           Debtor          : Bankruptcy No.

### CERTIFICATE OF SERVICE

      John A. Torrente, Esquire hereby certifies that a true and correct copy of the Entry of Appearance and Request For Notices was served upon those required to receive said Entry of Appearance and Request For Notices pursuant to the applicable Bankruptcy Rules of Procedure either by First Class U.S. Mail or ECF.

                              Respectfully Submitted,

                              John A. Torrente, Esquire