UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| John Michael Hynd | : | |
| Debtor | : | Bankruptcy No. 18-10193-ELF |
| | : | |
| | : | Motion to Allow Debtor to Proceed |
| | : | With A Loan Modification |

## CERTIFICATION OF NO RESPONSE

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1.   That a Motion to Allow Debtors to Proceed with a Loan Modification was filed on October 2, 2018.

2. Notice was served upon all creditors and interested parties on or about October 2, 2018.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, Debtor/Movant respectfully requests that the Motion to Allow Debtor to Proceed with the Trial Period Plan and Loan Modification be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Movant