United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10193-elf
John Michael Hynd                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 31, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db         +John Michael Hynd,   25 Inland Road,   Levittown, PA 19057-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
      JEFFERY A. FOURNIER    on behalf of Debtor John Michael Hynd jefffournier@verizon.net
      JOHN A. TORRENTE     on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
       jtorrente@begleycarlin.com
      REBECCA ANN SOLARZ     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                         TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    JOHN MICHAEL HYND, :
        Debtor : Bky. No.  18-10193 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtor and **Pacific Union Financial LLC** ("the Lender")(Doc. # 52), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the **trial loan modification transaction** as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. The Debtor may enter into a **final loan modification transaction** without any further review from the Court if the material terms of the **final loan modification** do not differ materially from **trial loan modification**.  Otherwise, the Debtor must obtain court approval after notice and hearing

4. In the event that the Debtor enters into a **final loan modification transaction** without further court review, the Debtor shall, within fourteen (14) days, file a **Notice of Loan Modification** that sets forth the terms of the loan modification..

5. If the Debtor enters into a **final loan modification** and :

    (a) the **final loan modification** provides for reinstatement of the loan account and the elimination of the pre-petition arrears; and

    (b) the Lender has filed a proof of claim on account of pre-petition arrears,

the Trustee shall make no distribution on account of the Lender's claim, effective upon the filing of the **Notice of Loan Modification** or the entry of the court's order approving the **final loan modification**, whichever is applicable.

Date:  10/31/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**