# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Michael Hynd <br>       Debtor(s) <br><br> PACIFIC UNION FINANCIAL, LLC, its successors and/or assigns <br>       Movant <br>   vs. <br> John Michael Hynd <br>       Debtor(s) <br><br> William C. Miller Esq. <br>       Trustee | CHAPTER 13 <br><br> NO. 18-10193 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of PACIFIC UNION FINANCIAL, LLC, which was filed with the Court on or about **March 16, 2018; Docket No. 37**.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

November 5, 2018