UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br><br>John Michael Hynd<br>Debtor | : Chapter 13<br>:<br>:<br>: Bankruptcy No. 18-10193-ELF<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 11/29/2017 to 10/11/2018 |

ORDER TO APPROVE COMPENSATION
OF ATTORNEY FEES

AND NOW, this __9th__ day of __November__, 2018, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that compensation of 6,300.00 and reimbursement of expenses of $310.00 are **ALLOWED** and the amount owed of $ 4,810.00 shall be paid out of the Debtor's Chapter 13 Plan as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**