United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Michael Hynd  
     Debtor

Case No. 18-10193-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Nov 09, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.  
db           +John Michael Hynd,    25 Inland Road,    Levittown, PA 19057-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:  
           JEFFERY A. FOURNIER    on behalf of Debtor John Michael Hynd jefffournier@verizon.net  
           JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU  
            jtorrente@begleycarlin.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
            philaecf@gmail.com  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    John Michael Hynd  
                  Debtor

: Chapter 13  
:  
:  
: Bankruptcy No. 18-10193-ELF  
:  
: Application for Compensation  
: of Attorney Fees for Services  
: Rendered from 11/29/2017 to 10/11/2018

## ORDER TO APPROVE COMPENSATION OF ATTORNEY FEES

AND NOW, this 9th day of November, 2018, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that compensation of 6,300.00 and reimbursement of expenses of $310.00 are **ALLOWED** and the amount owed of $ 4,810.00 shall be paid out of the Debtor's Chapter 13 Plan as an administrative expense to the extent provided for in the confirmed plan.

_____  
**ERIC L. FRANK**  
**U.S. BANKRUPTCY JUDGE**