# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10193-ELF

JOHN MICHAEL HYND

25 INLAND ROAD

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN MICHAEL HYND

    25 INLAND ROAD

    LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

Date: 3/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee