United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Michael Hynd  
    Debtor

Case No. 18-10193-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Apr 08, 2020  
                  Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.

```
db          +John Michael Hynd,    25 Inland Road,    Levittown, PA 19057-2305
cr          +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN A. TORRENTE, ESQ.,    BUCKS COUNTY COURTHOUSE,
             55 EAST COURT STREET,    DOYLESTOWN, PA 18901-4331
14202730    +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN A. TORRENTE,    680 Middletown Blvd.,    P.O. box 308,
             Langhorne, PA 19047-0308
14202355    +Bucks County Tax Claim Bureau,    c/o John A. Torrente, Esquire,    55 E Court Street,
             Doylestown, PA 18901-4318
14212165    +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
14038786    +KML Law Group,    Attn: Rebecca Solarz, Esquire,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
14300901    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14038785    +Pacific Union Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Phila., PA 19106-1541
14038788   ++STEVENS BUSINESS SERVICE,    175 CABOT STREET STE 415,    LOWELL MA 01854-3631
            (address filed with court:    Stevens Business Service,    92 Bolt Street #1,    Lowell, MA  01852)
14038793    +Wells Fargo Bank Card,    P. O. Box 14517,    Des Moines, IA 50306-3517
14038790    +Wells Fargo Bank Card,    MAC F82535-02f,    P. O. Box 10438,    Des Moines, IA 50306-0438
14063257     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Apr 09 2020 04:21:31     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 04:21:08
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2020 04:21:15     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 04:24:02     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14038791     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 04:22:18     Capital One,
             15000 Capital One Drive,    Richmond, VA   23238
14038787    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 04:23:10     Capital One,
             P. O. Box 30285,    Salt Lake City, UT 84130-0285
14057633     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2020 04:24:00
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14039214    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2020 04:23:11
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14038789     E-mail/Text: bankruptcy@td.com Apr 09 2020 04:21:11     TD Bank, N.A.,    Attn: Bankruptcy,
             32 Chestnut Street,    Lewiston, ME   04243
14038792     E-mail/Text: bankruptcy@td.com Apr 09 2020 04:21:11     TD Bank, N.A.,    70 Gray Road,
             Portland, ME   04105
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14068703    ##+Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, Texas 75063-6046
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: PaulP                 Page 2 of 2                   Date Rcvd: Apr 08, 2020
                               Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:

```
              BARBARA R. MERLIE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
               BMerlie@rudolphclarke.com
              JEFFERY A. FOURNIER     on behalf of Debtor John Michael Hynd jefffournier@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOHN MICHAEL HYND | Chapter 13 |
| Debtor | Bankruptcy No. 18-10193-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: April 8, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

Debtor:
JOHN MICHAEL HYND

25 INLAND ROAD

LEVITTOWN, PA 19057